Stacy W. HOWARD, Plaintiff—Appellant,

v.

Director Jon E. OZMINT, of S.C. Department of Corrections also known as John E. Ozmint; Warden Willie Eagleton; Aaron Joyner, Major; Captain Kenneth Green; S. Skipper, IGC of the Evans Correctional Institution; T. Woolbright; S. Moses; C. Fox; T. Simmons; Michael J. Stobbe, Inmate Records; Jimmy Edge, officer; David Brayboy, officer, Defendants—Appellees.

No. 09–7393.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 31, 2010.

Decided: Sept. 30, 2010.

Stacy W. Howard, Appellant Pro Se. Leigh Powers Boan, William Walter Doar, Jr., McNair Law Firm, PA, Pawleys Island, South Carolina, for Appellees.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stacy W. Howard appeals the district court's orders denying his motions for a preliminary injunction, appointment of counsel, and reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Howard v. Ozmint,* No. 6:08–cv–03171–GRA–WMC, 2009 WL 1544753 (D.S.C. June 3, 2009) & 2009 WL 2106000 (July 13, 2009). We deny Howard's motions to defer filing an appendix, to file formal briefs, and to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*